■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAKE OLINSKY, Respondent. — Appeal pursuant to subdivision 8 of section 450.20 of the Criminal Procedure Law from an order of the County Court of Albany County, entered July 7, 1972, which granted a motion by defendant to suppress evidence. Order reversed, on the law, and motion to suppress denied (*People* v. *Gnozzo*, 31 N Y 2d 134). Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ., concur.